UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INTIATIVE,<br><br>       Plaintiff,<br><br>    v.<br><br>SMALL BUSINESS ADMINISTRATION,<br><br>       Defendant. | Civil Action No. No. 25-3728(RC) |

## JOINT STATUS REPORT

Plaintiff, the Functional Government Initiative, ("Plaintiff") and defendant, the Small Business Administration (the "Administration"), collectively (the "parties"), respectfully submit this joint status report by and through their respective undersigned counsel in this Freedom of Information Act ("FOIA") case.

1.      This case involve two FOIA requests submitted by Plaintiff. Request No. SBA-2025-004078 seeks records related to loan, loan application or any program administered by the Administration containing the terms "Planned Parenthood", "PP" (as a stand-alone word), "P.P." and "Benghazi" from a list of custodians. *See* Compl. (ECF No. 1) ¶¶ 10-11.  Request No. SBA-2025-003670 seeks "records of communications of former Associate Administrator, Mark Madrid, Office of Entrepreneurial Development, related to the Community Navigator Pilot Program (CNPP)." *See id*. ¶¶ 14-15.

2.      The parties previously reported the Administration made its final production on or about March 23, 2026, and Plaintiff was reviewing the productions. *See* Jt. Status Report. (ECF No. 8) ¶ 2. Since the last Joint Status Report, the parties have had productive conversations. Plaintiff had requested that the Administration reconsider some of its withholdings, which the Administration

- 2 -

did, re-releasing some of the pages.  The parties are now discussing whether the Administration will consider providing a draft Vaughn index regarding a different set of withholdings. Accordingly, the parties respectfully request a reasonable amount of time to confer to attempt to resolve this matter without further litigation. The parties respectfully propose filing a joint status report in approximately forty-five days, on or about August 13, 2026, updating the Court on the status of this FOIA case.

Dated:  June 29, 2026
        Washington, DC

*/s/ Jeremiah L. Morgan*
Jeremiah L. Morgan
William J. Olson, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
Phone: (703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kimberly A. Stratton*
    KIMBERLY A. STRATTON
    P.A. Bar #327725
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Ph: (202) 417-4216
    Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*